JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE ESPINOZA, | ) Case No. 2:20-cv-08377-DSF (JDE) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| ROWLAND GARCIA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

Pursuant to the Order of Dismissal, it is adjudged that this action is dismissed with prejudice.

DATED:  December 7, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE